UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DARWIN HUGGANS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 4:18-CV-1935 JAR |
| | ) |
| T. G. WERLICH, | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on petitioner's motion for extension of time to respond to the Court's Order to Show Cause why this matter should not be dismissed as untimely. In his request for extension of time, petitioner seeks an additional thirty (30) days to respond to the Show Cause Order. The Court will grant the extension of time.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for extension of time to respond to the Order to Show Cause [Doc. #9] is **GRANTED**.

**IT IS FURTHER ORDERED** that petitioner shall show cause, in writing and **no later than October 4, 2019**, why this action should not be dismissed as time-barred.

**IT IS FURTHER ORDERED** that no additional extensions of time will be granted without good cause being shown.

**IT IS FURTHER ORDERED** that if petitioner fails to comply with this Order, this action will be dismissed.

Dated this 23rd day of August, 2019.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE