**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| DARWIN HUGGANS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | )  Case No. 4:18-cv-01935-JAR |
| | ) |
| T.G. WERLICH, | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Petitioner Darwin Huggans's filing styled "Supplemental Motion Adding an Additional Claim in These Habeas Corpus Proceedings." (Doc. 12.) Upon initial review, the Court concluded that Petitioner's petition for habeas corpus relief under 28 U.S.C. § 2254 was untimely and ordered him to show cause why the petitioner should not be dismissed. (Doc. 8.)

Petitioner filed his response to the Court's show-cause order on October 1, 2019. (Doc. 11.) On November 15, 2019, he filed this "Supplemental Motion." (Doc. 12.) The Court will construe Petitioner's "Supplemental Motion" as a motion for leave to supplement his Response, grant the motion, and direct Respondent to reply.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's construed Motion to Supplement Response to the Court's Order to Show Cause (Doc. 12), is **GRANTED**.

**IT IS FURTHER ORDERED** that Respondent **SHALL**, no later than **forty-five (45) days from the date of this Order**, file his reply to Petitioner's response, as supplemented.

Dated this 26th day of May, 2020.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE
